

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-246-CV

IN RE BRIAN KEITH DOTSON                                                   RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relator's petition should be dismissed. *See Harrell v. State*, 286 S.W.3d 315, 321 (Tex. 2009) (holding that appellate review of withholding orders is by appeal); *In re Pannell*, 283 S.W.3d 31, 36 (Tex. App.—Fort Worth 2009, orig. proceeding) (denying mandamus relief from withdrawal order because remedy is by appeal). Accordingly, relator's petition for writ of mandamus is dismissed.

PER CURIAM

PANEL: LIVINGSTON, C.J.; MCCOY and MEIER, JJ.

DELIVERED: July 23, 2010

---

[1]*See* Tex. R. App. P. 47.4.